## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| IN RE: | CHAPTER 11 |
|---|---|
| CINEMEX HOLDINGS USA, INC., | CASE NO. 20-14696-LMI |
| Debtor. | (Previously Jointly Administered Under Case No 20-14695-LMI) |

## NOTICE OF APPEAL

Omar Khan ("Mr. Kahn"), S.C.G.C INC. ("SCGC"), SCGM INC. ("SCGM"), SCG-B INC. ("SCGB"), SCG-VP INC. ("SCGVP"), DISTRICT THEATERS INC. ("District"), SCG-WR LLC ("SCGWR"), SCG-CS INC. ("SCGCS"), SCGK INC. ("SCGK"), SCG-SW INC. ("SCGSW"), SCG-WL INC. ("SCGWL") and SCG-N INC. ("SCGN", and collectively with SCGC, SCGM, SCGB, SCGVP, District, SCGWR, SCGCS, SCGK, SCGSW, SCGWL and Mr. Khan, the "Khan Parties" or the "Appellants"), creditors in the above-styled Chapter 11 proceedings (the "Case"), appeal, under 28 U.S.C. §158(a) and Fed.R.Bankr.P. 8001, the *Memorandum Opinion on Objection to the Khan Parties' Claims* [ECF No. 244] (the "Memorandum Opinion")*,* which was entered in the Case by the United States Bankruptcy Court on **October 4, 2021**.

The names of all parties to the Memorandum Opinion appealed from and the names, addresses, and telephone numbers of their attorneys are as follows:

The Khan Parties	Michael D. Seese, Esq.
Seese, P.A.
101 NE 3rd Avenue
Suite 1270
Fort Lauderdale, Florida 33301
Telephone No. (954) 745-589
mseese@seeselaw.com

1

| | |
|---|---|
| Cinemex Holdings USA, Inc. <u>and</u><br>Cinemex USA Real Estate Holdings, Inc. | Patricia B. Tomasco, Esq.<br>Quinn Emanuel Urquhart &Sullivan, LLP<br>711 Louisiana Street<br>Suite 500<br>Houston, Texas 77002<br>Telephone No. (713) 221-7000<br>pattytomasco@quinnemanuel.com<br><br>Juan P. Morillo, Esq.<br>Gabriel F. Soledad, Esq.<br>Quinn Emanuel Urquhart &Sullivan, LLP<br>1300 I Street, NW<br>Suite 900<br>Washington, D.C. 20005<br>Telephone No. (202) 538-8000<br>juanmorillo@quinnemanuel.com<br>gabrielsoledad@quinnemanuel.com<br><br>Jeffrey P. Bast, Esq.<br>Brett M. Amron, Esq.<br>Bast Amron LLP<br>One Southeast Third Avenue<br>Suite 1400<br>Miami, Florida 33131<br>Telephone No. (305) 379-7904<br>jbast@bastamron.com<br>bamron@bastamron.com |

**DATED**: October 18, 2021

                                                    **SEESE, P.A**.
                                                    101 N.E 3rd Avenue
                                                    Suite 1270
                                                    Fort Lauderdale, Florida 33301
                                                    Telephone: (954) 745-5897

                                                    By: <u>/s/ *Michael D. Seese*      </u>
                                                    Michael D. Seese (FBN 997323)

                                                    *Attorneys for the Khan Parties*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appeal* has been served electronically, on October 18, 2021, (a) *via* the CM/ECF system upon all parties entitled to receive such notice as of the date filed, and (b) by electronic mail upon the following pattytomasco@quinnemanuel.com, juanmorillo@quinnemanuel.com, gabrielsoledad@quinnemanueal.com, jbast@bastamron.com, and bamron@bastamron.com.

                                           */s/ Michael D. Seese*
                                           Michael D. Seese, Esq.