CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Cinemex Holdings USA, Inc. and Cinemex USA Real Estate Holdings, Inc.

**Case Number:  20–14696–LMI**

Chapter:  11

County of Residence or Place of Business:  Miami

U.S. District Court Case Number:

# TRANSMITTAL TO DISTRICT COURT

☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 10/18/2021

☐ Motion for Leave to Appeal (copy of appeal attached)

☐ Request to Expedite Appeal attached.

☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):

    ☐ Contested    ☐ Uncontested

☐ Withdrawal of Reference granted by U.S. District Court

☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** District Theaters, Inc., Omar Khan, S.C.G.C., Inc., SCG–B Inc., SCG–CS Inc., SCG–N Inc., SCG–SW Inc., SCG–VP Inc., SCG–WL Inc., SCG–WR LLC, SCGK Inc., SCGM Inc.

**Attorney:** Michael Seese, Esq.

101 NE 3 Ave, Suite 1270
Fort Lauderdale, FL 33301

**Attorney:**

**Appellee/Respondent:** Cinemex Holdings USA, Inc., Cinemex USA Real Estate Holdings, Inc., CB Theater Experience LLC

**Attorney:** Patricia B. Tomasco, Esq.

711 Louisiana St #500
Houston, TX 77002

**Attorney:** Jeffrey P. Bast, Esq.

1 SE 3 Ave #1400
Miami, FL 33131

**Title and Date of Order Appealed**, if applicable: SEALED MEMORANDUM OPINION – Dated 10/04/2021

**Entered on Docket Date:** 10/04/2021      **Docket Number:** 244

☐ Designation in Appeal (See Attached)

☐ Designation in Cross Appeal (See Attached)

☑ Copy of Docket

☐ Exhibits:

☐ Copies of Transcript(s) of Hearing(s) on:

☐ Respondent's Answer and/or Movant's Reply

☑ Other: ORDER ON APPEAL IS A *SEALED* DOCUMENT, AND WILL BE TRANSMITTED TO USDC UNDER SEPARATE COVER

**Dated:10/19/21**

**CLERK OF COURT**
By: Diana Cohen
Deputy Clerk   (305) 714–1800