# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:21-cv-23675-RKA

**District Theaters, Inc.,** *et al.,*

      Appellants,

v.

**Cinemex Holdings USA, Inc.,** *et al*.,

      Appellees.

_____/

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Patricia B. Tomasco of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, 711 Louisiana, Suite 500, Houston, Texas 77002, 713-221-7000, for purposes of appearance as co-counsel on behalf of Cinemex Holdings USA, Inc. and Cinemex USA Real Estate Holdings, Inc.[1] in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Patricia B. Tomasco to receive electronic filings in this case, and in support thereof states as follows:

1.      Patricia B. Tomasco is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Texas and the Southern District of Texas.

2.      Movant, Jeffrey P. Bast, Esquire, of the law firm of Bast Amron LLP, One Southeast Third Avenue, Suite 1400, Sun Trust International Center, Miami, Florida 33131, 305-379-7904, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court′s electronic filing

---

[1]   Although CB Theater Experience LLC was identified as an appellee in the above-styled case, CB Theater Experience was not a movant in the underlying proceeding subject of the appeal and therefore should not be a party to this appeal.

system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Patricia B. Tomasco has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Patricia B. Tomasco, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Patricia B. Tomasco at email address: pattytomasco@quinnemanuel.com.

WHEREFORE, Jeffrey P. Bast, moves this Court to enter an Order granting Patricia B. Tomasco to appear before this Court on behalf of Cinemex Holdings USA, Inc., Cinemex USA Real Estate Holdings, Inc., and CB Theater Experience LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Patricia B. Tomasco.

Date: October 26, 2021                    Respectfully submitted,


                                          /s/  *Jeffrey P. Bast*
                                          Jeffrey P. Bast (FBN 996343)
                                          Email: jbast@bastamron.com
                                          BAST AMRON LLP
                                          One Southeast Third Avenue, Suite 1400
                                          Sun Trust International Center
                                          Miami, Florida 33131
                                          Telephone: 305-379-7904

                                          Attorneys for Cinemex Holdings USA, Inc., *et al*.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of October, 2021, a true and correct copy of the foregoing application was filed with the Court and served on all parties registered to receive notification in this case via CM/ECF.

/s/ *Jeffrey P. Bast*_____
Jeffrey P. Bast (FBN 996343)

00687147 DOCX 2

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:21-cv-23675-RKA**

**District Theaters, Inc.,** *et al.***,**

      Appellants,

v.

**Cinemex Holdings USA, Inc***., et al.***,**

      Appellees.

_____/

## <u>CERTIFICATION OF PATRICIA B. TOMASCO</u>

Patricia B. Tomasco, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State of Texas and Southern District of Texas; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

*/s/  Patricia B. Tomasco*_____

Patricia B. Tomasco

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:21-cv-23675-RKA

**District Theaters, Inc.,** *et al.*,

      Appellants,

vs.

**Cinemex Holdings USA, Inc.,** *et al*.,

      Appellees.

_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Patricia B. Tomasco, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Patricia B. Tomasco, may appear and participate in this action on behalf of Cinemex Holdings USA, Inc., Cinemex USA Real Estate Holdings, Inc., and CB Theater Experience LLC.  The Clerk shall provide electronic notification of all electronic filings to Patricia B. Tomasco, at pattytomasco@quinnemanuel.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2021.

_____
ROY K. ALTMAN
UNITED STATES JUDGE

Copies furnished to: All Counsel of Record

00687147 DOCX 2