UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23675-CV-ALTMAN
MAGISTRATE JUDGE REID

DISTRICT THEATERS, INC., *et al.*,

    Appellants,

v.

CINEMEX HOLDINGS USA, INC., *et al.*

    Appellees.

_____/

## ORDER DENYING MOTION TO APPEAR *PRO HAC VICE*

This matter is before the Court on the Appellee, GUC Claims Trustee's Motions to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for **Bradford J. Sandler** and **Robert J. Feinstein** (the "Motions"). [ECF Nos. 16, 17]. The Court has considered the Motions and finds that counsel has **not** complied with S.D. Fla. Local R. 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys. Specifically, Local Counsel/Movant is listed as Brian J. Rich within the Motions, but the Motions were filed and signed by Brian G. Rich.

Accordingly, Appellee's Motions, **[ECF Nos. 16, 17]**, are **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of November 2021.

                                                Lisette M. Reid
                                                UNITED STATES MAGISTRATE JUDGE

cc:    **All Counsel of Record**